AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| LORI A. DAVIS aka "Lori A. Glock" aka "Lori A. Bergman" aka "MeritSumMercy1776" aka "Lori Love" | ) Case No. 24-CR-10044-JWB |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LORI A. DAVIS aka "Lori A. Glock" aka "Lori A. Bergman" aka "MeritSumMercy1776" aka "Lori Love",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Threats against the President and Former President of the United States. See attached indictment for additional charges.

Date: 04/17/2024

s/ Sarah M. Zepick
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 05/06/2024, and the person was arrested on *(date)* 05/16/2024
at *(city and state)* Wichita, KS.

Date: 05/20/2024

*Darrin Altman*
*Arresting officer's signature*

DUSM Darrin Altman
*Printed name and title*