COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

**FILED**
U.S. District Court
District of Kansas

Date: _5/20/24_

MAY 2 0 2024

Clerk, U.S. District Court
By_____Deputy Clerk

United States of America,

          Plaintiff,

v.

Lori A. Davis

                     ,

          Defendant.

Case No. _24-10044-01-JWB_

JUDGE: ☑ Birzer ☐ Severson
DEPUTY CLERK: ☑ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
                ☐ Ping ☐ Rivera ☐ Vilaythong
                ☐ Sworn

AUSA: _Molly Gordon_
DEFENSE COUNSEL: _Ellen Albritton_
TAPE NO.: _2:54 - 3:03_

## PROCEEDINGS

☑ Initial Appearance
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☑ Arraignment   ☑ Reading waived
   2 min

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☑ Not Guilty Plea Entered

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: _2_ ☐ Forfeiture
☑ Felony      ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn   ☑ Examined re: financial status   ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☑ Release ordered
☐ Detention ordered

☑ Bond fixed at: $ _25,000_
☐ Remanded to custody

☐ Continued on present bond/conditions

Defendant's next appearance: ☐ as directed before Judge _____
                      ☑ per the Scheduling Order of Judge _Broomes_
                      ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                      for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _Govt. did not seek detention_